**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| | : | **Civil Action No. 8:20-cv-1651-T-35TGW** |
| KYLE ROACH, on behalf of himself and others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | **NOTICE OF SETTLEMENT** |
| | : | |
| v. | : | |
| | : | |
| BUSH ROSS, P.A., | : | |
| | : | |
| Defendant. | : | |
| | : | |

Kyle Roach ("Plaintiff") notifies this Court that he has reached an agreement in principle with Defendant Bush Rosh, P.A. to resolve his claims in this matter on an individual basis. Plaintiff requests that this Court vacate all pending deadlines to allow the parties 30 days within which to finalize the terms of their settlement agreement, after which the parties will submit a stipulation of dismissal.

Dated:  November 3, 2020                    Respectfully submitted,

                                           /s/ *Jesse S. Johnson*
                                           James L. Davidson
                                           Florida Bar No. 723371
                                           Jesse S. Johnson
                                           Florida Bar No. 69154
                                           Greenwald Davidson Radbil PLLC
                                           7601 N. Federal Highway, Suite A-230
                                           Boca Raton, FL 33487
                                           Tel: (561) 826-5477
                                           jdavidson@gdrlawfirm.com
                                           jjohnson@gdrlawfirm.com

                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I filed a copy of the foregoing with the Clerk

of Court using the Court's CM/ECF system, which will send notice to all counsel of record.

                                           /s/ *Jesse S. Johnson*
                                           Jesse S. Johnson

2